# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 24, 2011

142562 & (47)

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
　　　　Plaintiff-Appellee,

v

LAMAR FOETOIE JOHNSON,
　　　　Defendant-Appellant.
_____/

SC: 142562
COA: 288763
Kalamazoo CC: 2008-000209-FC

　　　　On order of the Court, the motion for leave to file the defendant's pro per brief in support of the application for leave to appeal is GRANTED. The application for leave to appeal the December 9, 2010 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.

　　　　ZAHRA, J., did not participate because he was on the Court of Appeals panel.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 24, 2011

_____
　　　　　　　Clerk

y0516